UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BRONSTON DREW

VERSUS

TOWN OF CHRUCH POINT,
ET AL.

CIVIL ACTION NO. 6:17-cv-00479

UNASSIGNED DISTRICT JUDGE

MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed [Doc. #10], this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion for summary judgment (Rec. Doc. 5) is GRANTED, and the plaintiff's claims are DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that the defendant's motion to strike [Doc. #11] is DENIED; Plaintiff's objections were considered and found to be meritless.

Signed at Shrup, Louisiana, this 24 day of April, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE